**FILED**

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

APR 14 2005

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No.   NC-04-1499 |
| QMECT, INC., | Bk. No.   04-41044 T 11 |
| Debtor. | |
| QMECT, INC., | |
| Appellant, | |
| v. | **ORDER RE VOLUNTARY DISMISSAL OF INTERLOCUTORY APPEAL** |
| BURLINGAME CAPITAL PARTNERS II, L.P.; ELECTROCHEM FUNDING LLC, | |
| Appelleess. | |

Before:  SMITH, BRANDT and KLEIN, Bankruptcy Judges.

The Panel has received and considered appellant's response to the clerk's order questioning the finality of the order on appeal.  Appellant does not dispute that the order is interlocutory and has indicated its willingness to dismiss this appeal.

We find the order on appeal interlocutory.

Appellant's request to dismiss this appeal is ORDERED GRANTED and this appeal is DISMISSED.  Fed. R. Bankr. P. 8001(c).

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT

A True Copy
Attest:

Harold S. Marenus, Clerk

by Deputy Clerk  4-14-05